## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Summons and Complaint, Rule 7.1 Disclosure, Civil Cover Sheet and Judges' Rules was mailed via the United States Postal Service, first class mail, to the attorneys for the defendants herein:

    James Lee, Esq.
    26 Court Street
    Suite 2503
    Brooklyn, New York 11242

Dated this 25th day of July, 2007

                                                              /s/ Gregory Brown