UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WILLIAM CONSALO & SONS FARMS, INC. | : | |
| Plaintiff | : | |
| v. | : | Civil No.  07cv6678 |
| JUNIPER TREE, INC., a/t/a BEST PRODUCE, et al | : | |
| Defendants | : | |

## ORDER AND JUDGMENT

This matter is before the Court upon an affidavit filed by plaintiff's attorney that defendants have failed to make payment in accord with the Stipulation and Order filed in this action.  Pursuant to the terms of the Stipulation and Order previously filed with the Court, this Court is to enter this Order and Judgment upon the filing of an affidavit by plaintiff's attorney, which states that payment has not been made by defendants as required by the stipulation and Order.

Based upon the filing of the affidavit previously noted, it is by the United States District Court for the Southern District of New York,

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of plaintiff, William Consalo & Sons Farms, Inc., and against defendants, Juniper Tree, Inc., a/t/a Best Produce and Young J. Suh, jointly and severally, under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), in the amount of $71,720.18, plus attorney fees in the amount of $2,000.00 and interest at the rate of 5%

- 2 -

per annum from the date of entry of the Stipulation and Order, less all payments made to plaintiff pursuant to the Stipulation and Order, plus additional attorney's fees as awarded by the Court upon application by plaintiff.

_____<br>
United States District Judge