UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WILLIAM CONSALO & SONS FARMS, INC. | : | |
| Plaintiff | : | |
| v. | : | Civil No. 07cv6678 |
| JUNIPER TREE, INC., a/t/a<br>BEST PRODUCE, et al | : | |
| Defendants | : | |

**JOINT MOTION FOR ENTRY OF
ORDER AND JUDGMENT**

Plaintiff, William Consalo & Sons Farms, Inc., by and through its undersigned attorney, and defendants, Juniper Tree, Inc., a/t/a Best Produce and Young J. Suh by and through their undersigned attorney, hereby jointly move the Court to enter the Order and Judgment against defendants in the form attached hereto.

Dated this 27th day of June, 2007.

- 1 -

LAW OFFICES OF BRUCE LEVINSON

By: _____
Bruce Levinson Esq. (BL0749)
747 Third Avenue, 4th Floor
New York, New York 10017
Tel. (212) 750-9898
Fax (212) 750-2536
b.levinson@verizon.net

By: _____
Stephen Goldblatt, Esq.
26 Court Street, Suite 1801
Brooklyn, NY 11242
Tel. (718) 522-1477
Fax (718) 522-1499

and

Sarah Fry (SF7556)
McCarron & Diess
4900 Massachusetts Ave., N.W.
Suite 310
Washington, DC 20016
Tel. (202) 364-0400
Fax (202) 364-2731
sfry@mccarronlaw.com

Attorneys for Plaintiff

- 2 -