UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM CONSALO & SONS FARMS, INC. : | |
| : | Civil No. 07-cv-6678 |
| Plaintiff : | |
| : | **NOTICE OF FILING OF** |
| v. : | **AFFIDAVIT OF COUNSEL IN** |
| : | **SUPPORT OF DEFAULT AND** |
| JUNIPER TREE, INC., a/t/a : | **ENTRY OF ORDER AND JUDGMENT** |
| BEST PRODUCE, et al : | |
| : | |
| Defendants : | |

Notice is given that, per the terms of the Stipulation and Order entered by this Court on August 8, 2007 (Doc. 5), the Affidavit of Counsel in Support of Default and Entry of Order and Judgment; the previously executed Joint Motion for Entry of Order and Judgment; and proposed Order and Judgment were filed with this Court on this day.

Dated this 3rd day of March, 2008.

LAW OFFICES OF BRUCE LEVINSON

By: /s/ Gregory Brown
Gregory Brown (GB-1977)
Law Offices of Bruce Levinson
747 Third Avenue, 4th Floor
New York, NY 10017-2803
(212) 750-9898
(212) 750-2536 (Fax)

and

McCARRON & DIESS
Louis W. Diess, III
Kate Ellis
4900 Massachusetts Ave., N.W.
Washington, DC 20016
(202) 364-0400

Attorneys for Plaintiff