CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of March, 2008, a true and correct copy of the Affidavit of Counsel in Support of Default and Entry of Order and Judgment; previously executed Joint Motion for Entry of Order and Judgment, and proposed Order and Judgment were served electronically via the Court's CM/ECF service.

                                                 /s/ Gregory Brown
                                                Gregory Brown